THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services, Respondent,
v.
 Eric M., Janice M., R. E. A., DOB: 03/01/88; L. L. M., DOB: 04/09/89; E. C. M, Jr., DOB: 07/12/90; E. R. M., DOB: 08/10/91; B. J. M., DOB: 04/01/93; J. D. M., DOB: 07/11/94; S. J. M., DOB: 12/07/95; S. K. M., DOB: 01/04/98; J. A. M., DOB: 12/27/99; A. L. M., DOB: 05/01/01; Defendants,
 of whom Janice M. is Appellant.
 
 
 

Appeal From York County
Henry T. Woods, Family Court Judge

Unpublished Opinion No. 2007-UP-067
Submitted February 1, 2007  Filed February 12, 2007

AFFIRMED

 
 
 
Edward Bilbro Davis, of Charlotte, North Carolina, for Appellant.  
David E. Simpson, of York, for Respondent.
 
 
 

PER CURIAM:  This appeal arises from the termination of parental rights of Janice M.  The family court found her parental rights should be terminated on four grounds:  1) the child or another child in the home has been harmed, and because of the severity or repetition of the abuse or neglect, it is not reasonably likely that the home can be made safe within twelve months; 2) the parent has a diagnosable condition that is unlikely to change; 3) a willful failure to provide support; and 4) the children have been in DSS custody for fifteen of the most recent twenty-two months.  Additionally, the court found termination was in the best interest of the child.  See S.C. Code Ann. § 20-7-1572 (Supp. 2006).
After a thorough review of the record pursuant to Ex parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm the family courts ruling and grant counsels petition to be relieved.
 AFFIRMED.[1]
HEARN, C.J., GOOLSBY, and STILWELL, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.